Virgil O. Whipp, Trustee in Bankruptcy of Helen Houghton Grider, Bankrupt et al., Appellees, v. Helen Houghton Grider et al., Appellants.

Gen. No. 9,498.

opinion filed October 25, 1946; rehearing denied December 28, 1946; released for publication December 30, 1946. Giffin, Winning, Lindner, Newkirk & Jones, for appellants; Robert H. Brunsman, Robert F. Hails and George K. Blanchard, of counsel; Henry E. Pond, for appellees. Opinion by JUSTICE WHEAT. Not to be published in full.